AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. |
| | ) | Mag. No. 23-171 |
| Dennis Dewayne Dothard | ) | |

*Defendant(s)*

FILED
2023 JUN -5 P 3: 49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 13, 2020, in the county of Shelby in the Northern District of Alabama, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. Section 1951(a) | Hobbs Act Robbery |
| 18 U.S.C. Section 924(c)(1)(A)(ii) | Brandishing a Firearm During the Commission of a Violent Crime |
| 18 U.S.C. Section 922 (g)(1) | Unlawful Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Eric C. Salvador.

☑ Continued on the attached sheet.

*Complainant's signature*

Eric C. Salvador, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence

Date: 6/5/23

*Judge's signature*

City and state: Birmingham, Alabama

John H. England, III, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric C. Salvador, being duly sworn, hereby depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Birmingham Division. I have been a Special Agent since March 2017. I am currently assigned to Squad 3 of the Birmingham Division of the Federal Bureau of Investigation. My duties include investigations of criminal enterprises, including drug trafficking offenses, as well as violent crimes investigations, such as bank robbery, kidnapping, felon in possession of firearms, and carjacking investigations. Prior to my employment as a Special Agent with the Federal Bureau of Investigation, I was employed as a Law Enforcement Officer by the State of Alabama for nine years.

2. I make this affidavit in support of an application under Rules 3 and 4 of the Federal Rules of Criminal Procedure for a warrant authorizing the arrest of Dennis Dewayne DOTHARD (a.k.a. Dennis Dewayne DAVIS). As a Federal law enforcement officer, I am authorized to execute arrest warrants under Rule 4(c)(1) of the Federal Rules of Criminal Procedure.

3. I seek this warrant because, as explained below, there is probable cause to believe that an offense has been committed and that DOTHARD committed it. *See* Fed. R. Crim. P. 4(a).

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.      Your affiant has obtained information regarding violations of 18 U.S.C. § 922 (g)(1) (Unlawful Possession of a Firearm by a Convicted Felon), 18 U.S.C. § 1951(a) (Hobbs Act Robbery), and 18 U.S.C. § 924(c)(1)(A)(ii) (Brandishing a Firearm During the Commission of a Violent Crime). Based on the investigation conducted by your affiant, and the information relayed to your affiant by investigators from the Hoover Police Department, your affiant learned that on or about January 13, 2020, the Hoover Police Department responded to a silent robbery alarm at the Shell gas station located at 110 Riverchase Parkway East, Hoover, Alabama 35244.

6.      While Hoover Police Officers were in en-route to the Shell gas station, Hoover 911 dispatch received a call from the Shell gas station stating an unknown black male suspect, wearing a white mask, robbed the Shell gas station at gunpoint.

7.      Upon arrival at the Shell gas station, the responding Hoover Police Officer observed the suspect exiting the bushes on the perimeter of the parking lot of the station. The suspect ran towards a maroon Jeep Grand Cherokee, bearing Alabama license plate number 8AJ2014, which was parked in the station's parking

lot. The suspect appeared to be holding something white in his right hand. The responding Hoover Police Officer gave verbal commands to the suspect, who refused to comply with the verbal commands and entered the vehicle.

8. The Jeep Cherokee fled the scene of the gas station and turned east on Valleydale Road towards Interstate 65. The Hoover Police Officer notified dispatch of the fleeing Jeep Cherokee and dispatch sent the information to neighboring law enforcement agencies.

9. Jefferson County Sheriff's Deputies observed a maroon Jeep Cherokee, which matched the description given by the Hoover Police Department dispatch, traveling northbound on Interstate 459. Jefferson County Deputies attempted to conduct a traffic stop on the Jeep Cherokee, but the suspect refused to stop and a pursuit ensued. At some point during the pursuit, troopers from the Alabama Law Enforcement Agency joined the pursuit. Due to the high rate of speed by the Jeep Cherokee, which was during morning rush hour traffic, Jefferson County Deputies called off the vehicle pursuit.

10. A short time later, Jefferson County Deputies came upon the Jeep Cherokee, which had crashed into the back of another vehicle. The occupant of the crashed vehicle observed an unknown black male subject exit the Jeep Cherokee and flee into the tree line around I-459 and I-20.

11. Law enforcement officers from the Jefferson County Sheriff's Office, Alabama Law Enforcement Agency and Leeds Police Department set up a perimeter around the wood line. The suspect, identified as DENNIS DEWAYNE DOTHARD, was eventually located and arrested by responding law enforcement officers.

12. Upon arrest of DOTHARD, an inventory search of the Jeep Cherokee was conducted. Officers located two (2) black semi-automatic handguns: a Glock 23, .40 caliber pistol, bearing serial number SDU459, and a Springfield XD, .45 caliber pistol, bearing serial S3235450.

13. According to witness statements, the Glock .40 caliber pistol matched the description of the firearm used during the robbery of the Shell gas station.

14. A review of court records reveal DOTHARD was sentenced to a term of twenty years/split five years imprisonment on June 17, 2011, in the Circuit Court of Calhoun County, Alabama, of the offense of Robbery, First Degree, in case number CC-2011-0822. On February 21, 2014, DOTHARD was sentenced to a term of twenty years/split five years imprisonment, in the Circuit Court of Jefferson County, Alabama, of the offense of Robbery, First Degree (5 counts), in case numbers CC-2013-0472, CC-2013-0473, CC-2013-0474, CC-2013-0475, and CC-2013-0476. On April 17, 2017, DOTHARD was sentenced to a term of twenty years/split five years imprisonment, in the Circuit Court of Shelby County, Alabama, of the offense of Robbery, First Degree, in case number CC-2015-0659, and Theft

of Property, Second Degree, in case number CC-2015-0660.

15.  Based on the foregoing, I have probable cause to believe that Dennis Dewayne DOTHARD (a.k.a. Dennis Dewayne DAVIS) has committed the offense of Unlawful Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922 (g)(1); Hobbs Act Robbery, 18 U.S.C. § 1951(a); and Brandishing a Firearm During the Commission of a Crime 18 U.S.C. § 924(c)(1)(A)(ii).

Eric C. Salvador
Special Agent
Federal Bureau of Investigation
Affiant

Sworn and subscribed before me on this 5th of June, 2023.

JOHN H. ENGLAND, III
United States Magistrate Judge